IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § | |
| *Plaintiff*, | § | Civil Action No. 6:16-cv-1142 |
| v. | § | |
| **ARCHOS, INC., KYOCERA INTERNATIONAL, INC., VIZIO, INC.,** | § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

### CLERK'S ENTRY OF DEFAULT AS TO VIZIO, INC.

Plaintiff Blue Spike, LLC has requested the entry of default of Defendants Vizio, Inc. ("Vizio") pursuant to Federal Rule of Civil Procedure 55(a). From the affidavit of Colin R. Jensen submitted in support of Plaintiff's Request, and the Court's record in this action, the Clerk finds that Vizio has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Vizio is hereby entered.



David A. O'Toole
United States District Clerk of the Court
Eastern District of Texas

By: _____
Deputy Clerk
**1/23/17**