UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 6:16-cv-1142-RWS-JDL |
| v. | § § § | |
| ARCHOS, INC., et al., | § § | |
| *Defendant*. | § § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE THE CLERK'S ENTRY OF DEFAULT AND FOR VOLUNTARY DISMISSAL REGARDING DEFENDANT VIZIO, INC.

Good cause appearing, the COURT hereby GRANTS Plaintiff's motion to vacate the entry of default and dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant VIZIO.

The Clerk of the Court should remove the entry of default and dismiss Vizio, Inc., without prejudice pursuant to Rule 41(a)(1)(A)(i). Each side will bear their own costs and fees.

**So ORDERED and SIGNED this 25th day of January, 2017.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE