IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Blue Spike, LLC, | § | Civil Action No. 6:16-cv-01142-RWS-JDL |
| *Plaintiff*, | § | **JURY TRIAL DEMANDED** |
| vs. | § | |
| Archos, Inc, *et al.*, | § | |
| *Defendants*. | § | |

**PLATINTIFF'S NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANTS
<u>KYOCERA INTERNATIONAL, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Blue Spike, LLC respectfully submits this notice of voluntary dismissal of all claims against Defendant Kyocera International, Inc., without prejudice. This is the last defendant in this case, so this entire action can now be closed.

Dated: February 9, 2017

Respectfully submitted,

By: /s/ Randall Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson St.

Tyler, TX 75702
Tel/Fax: (888) 908-4400


Kirk J. Anderson
 California Bar No. 289043
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone: (415) 785-3762
Facsimile: (415) 785-3805

*Counsel for Blue Spike, LLC*


### CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this date stamped above.

February 9, 2017

                /s/ Randall Garteiser
                Randall T. Garteiser